UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANGEL GUARD PRODUCTS, INC., | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISCOUNT RAMPS.COM, LLC, | ) | |
| Defendant. | ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.3, Plaintiff Angel Guard Products, Inc. ("Angel Guard") hereby discloses the following:

Angel Guard states that it does not have any parent corporations and that no publicly held company owns ten percent or more of its stock.

    ANGEL GUARD PRODUCTS, INC.
    By its attorneys,


    /s/ Louis M. Ciavarra
    Louis M. Ciavarra (BBO # 546481)
    BOWDITCH & DEWEY, LLP
    311 Main Street, P.O. Box 15156
    Worcester, MA  01615-0156
    Tel:  (508) 926-3408
    Fax:  (508) 929-3011
    email:  lciavarra@bowditch.com

Date:  May 16, 2013